FILED

SEP 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EUGENE ALLEN DOERR,<br><br>Petitioner-Appellant,<br><br>v.<br><br>DAVID SHINN, Director,<br><br>Respondent-Appellee. | Nos. 09-99026<br>10-99007<br><br>D.C. No. 2:02-cv-00582-PGR<br>District of Arizona, Phoenix<br><br>ORDER |
| EUGENE ALLEN DOERR,<br><br>Petitioner-Appellee,<br><br>v.<br><br>DAVID SHINN, Director, of the Arizona Department of Corrections; CHARLES GOLDSMITH, Warden, Arizona State Prison - Eyman Complex,<br><br>Respondents-Appellants. | No. 20-99002<br><br>D.C. No. 2:02-cv-00582-JJT<br>District of Arizona, Phoenix |

Before: W. FLETCHER, FORREST, and H.A. THOMAS, Circuit Judges.

Judge H.A. Thomas votes to deny the petition for rehearing en banc, and Judge W. Fletcher so recommends. Judge Forrest votes to grant the petition for rehearing en banc. The full court has been advised of the petition and no judge has

requested a vote on whether to rehear this matter en banc. Fed. R. App. P. 40. The petition for rehearing en banc (Dkt. No. 158) is **DENIED**.